**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHAAN VINSON,** | : | **CIVIL ACTION** |
| ***Plaintiff*,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC.,** | : | |
| ***Defendant*.** | : | **NO. 26-cv-5791** |

**O R D E R**

**AND NOW**, this 12th day of August 2026, it is hereby **ORDERED** that the Removing Defendant shall, on ECF, Answer or otherwise plead to the Complaint on or before **September 11, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**