**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHAAN VINSON,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** *Defendant.* | : | **NO. 26-cv-5791** |

**ORDER**

**AND NOW**, this 20th day of August 2026, following a review of the docket, it is hereby **ORDERED** that this case shall be referred to arbitration and an arbitration hearing shall be scheduled within approximately 120 days of the filing of an answer. No Initial Pretrial Conference (Rule 16) will be held.

All discovery must be completed within 90 days from the date the answer was filed, unless otherwise ordered by this Court. All exhibits, except those intended solely for impeachment, must be marked for identification and delivered to adverse parties at least 14 days prior to the trial. *See* Eastern District of Pennsylvania Local Rules of Civil Procedure 53.2(4)-(5). The Court will not permit post-arbitration discovery absent extraordinary circumstances. Counsel should review Section II.F. of Judge Kenney's Policies and Procedures for Counsel, available on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**